IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

    Plaintiff,                     No. CIV S-03-2064 GEB GGH P

  vs.

DAREL KATCHER, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 22, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

1

Plaintiff has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 22, 2005, are adopted in full; and

2. This action is dismissed for plaintiff's repeated failure to state a claim.

Dated:   June 23, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Within the objections, in an apparent last ditch attempt to rectify some of the glaring and repeated defects of his prior filings, plaintiff continues to attempt to sue a party immune from suit, and, in an action predicated on an Eighth Amendment claim of cruel and unusual punishment for forced injections of a psychotropic drug, does not seek injunctive relief, i.e., cessation of the injections, but only money damages, which seems odd given the nature of his claims.

2